IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOPE TURNER,

    Plaintiff,

vs.                          CASE NO.: 4:08cv212-SPM/WCS

WARDEN ZICKEFOOSE, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court on the Magistrate Judge's Report and Recommendation dated May 12, 2008 (doc. 6). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the

District of Connecticut.

DONE AND ORDERED this 13th day of June, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:08cv212-SPM/WCS